IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF A MEMBER | § | |
| OF THE BAR OF THE SUPREME | § | No. 254, 2023 |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | |
| | § | |
| ERIC C. HOWARD, | § | |
|     Petitioner. | § | |

Submitted: July 24, 2023
Decided: July 31, 2023

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of Petitioner Eric C. Howard's application for a certificate of retirement, which the Office of Disciplinary Counsel does not oppose subject to the conditions agreed upon by the parties,

IT IS HEREBY ORDERED:

(1) Petitioner is granted leave to transfer to retirement status. The Clerk of the Court is directed to issue Petitioner a certificate of retirement.

(2) Petitioner shall not return to active status in Delaware or file a petition to do so.

(3) Petitioner shall not engage in the practice of law in any other jurisdiction.

(4) Practitioner shall not provide any law-related services unless

under the direct supervision of a lawyer who is engaged in the active practice of

law in the jurisdiction in which the law-related services occur.

*/s/ Abigail M. LeGrow*
Justice
